460 A.2d 752

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Calvin GILCHRIST, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 29, 1983.

Decided May 27, 1983.

David L. Pollack, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Mariana Sorensen, Asst. Dist. Attys., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## OPINION

PER CURIAM.

Judgments of sentence affirmed.